IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -3 PM 2: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SUSAN T. ROWE,                              )
                                            )
              Plaintiff,                    )
                                            )
vs                                          )       Case No. 2:05-CV-02394 - ML
                                            )
ADT SECURITY SERVICES, INC., and            )
TYCO INTERNATIONAL (US), INC.,              )
                                            )
              Defendants.                   )

---

## AGREED RULE 16(B) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**  On or before August 24, 2005.

**JOINING PARTIES:**

    for Plaintiff:      On or before October 7, 2005.
    for Defendant:    On or before November 8, 2005.

**AMENDING PLEADINGS:**

    for Plaintiff:      On or before October 7, 2005.
    for Defendant:    On or before November 8, 2005.

**COMPLETING ALL DISCOVERY:**    On or before April 7, 2006.

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:** On or before April 7, 2006.

    (b)    **EXPERT DISCLOSURE (Rule 26(a)(2)):**
        (i)    Plaintiff's Experts:  On or before February 7, 2006.
        (ii)   Defendant's Experts:  On or before March 7, 2006.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-3-05_____



       (iii)     Supplementation under Rule 26(e): On or before March 17, 2006.

    (c)    **DEPOSITIONS OF EXPERTS:**    On or before April 7, 2006 unless a later date is authorized by the Court due to special circumstances.

**FILING DISPOSITIVE MOTIONS:**    On or before May 5, 2006.

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

    (a)    for Plaintiff: 45 days before trial.
    (b)    for Defendant: 30 days before trial.

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last 3 days. The presiding judge will set this matter for **JURY TRIAL.** In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a

continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

**The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery.**

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 03, 2005

APPROVED FOR ENTRY;

Joseph M. Sparkman, Jr. #15667
Attorney for Plaintiff
P.O. Box 266
Southaven, MS 38671

Stephen Barham  #023993
Attorney for Defendants
1000 Tallan Building, Two Union Square
Chattanooga, TN 37402

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02394 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Stephen D. Barham
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Richard Click
1044 Brookfield
Suite 100
Southaven, MS 38761--026

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Joseph M. Sparkman
SPARKMAN LAW FIRM
P.O. Box 266
Southaven, MS 38671--026

Honorable Jon McCalla
US DISTRICT COURT