IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 15 PM 2:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| SUSAN T. ROWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-2394 Ml/An |
| | ) | |
| ADT SECURITY SERVICES, INC. and | ) | |
| TYCO INTERNATIONAL (US), INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on August 3, 2005, by United States Magistrate Judge S. Thomas Anderson.  In accordance with the deadlines established in that order, the trial and pretrial dates are set as follows before the District Court:

1.   The jury trial in this matter, which is anticipated to last three (3) days, is set to begin <u>Monday, July 17, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2.   A pretrial conference is set for <u>Monday, July 10, 2006 at 8:45 a.m.</u>

3.   The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>July 3, 2006.</u>

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-15-05_



Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this _15_ day of August, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02394 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Richard Click
1044 Brookfield
Suite 100
Southaven, MS 38761--026

Stephen D. Barham
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Joseph M. Sparkman
SPARKMAN LAW FIRM
P.O. Box 266
Southaven, MS 38671--026

Honorable Jon McCalla
US DISTRICT COURT