FILED BY [signature] D.C.
05 NOV -9 PM 3: 24
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SUSAN T. ROWE,

Plaintiff,

v. No. 05-2394 Ml

ADT SECURITY SERVICES, INC. and TYCO INTERNATIONAL (US), INC.,

Defendants.

ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

It is ORDERED that the November 4, 2005, Motion to Appear *Pro Hac Vice* is GRANTED and Charles C. Eblen is allowed to appear on behalf of Defendant ADT Security Services, Inc. and Tyco International (US), Inc. in this matter.

ENTERED this 9 day of November, 2005.

[signature]
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-10-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02394 was distributed by fax, mail, or direct printing on November 10, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Stephen D. Barham
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Charles C Eblen
SHOOK HARDY BACON LLP
2555 Grand Boulevard
Kansas City, MO 37402

Joseph M. Sparkman
SPARKMAN LAW FIRM
P.O. Box 266
Southaven, MS 38671--026

Richard Click
1044 Brookfield
Suite 100
Southaven, MS 38761--026

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Honorable Jon McCalla
US DISTRICT COURT